IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00551-AP

Rachel German,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Christa A. McGill
McGill & Noble, LLP
3518 Westgate Drive, Suite 425
Durham, NC 27707
919-493-8876
919-419-7149 (facsimile)
cmcgill@mcgillandnoble.net

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Noah M. Schabacker
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-6232
303-844-0770 (facsimile)
noah.schabacker@ssa.gov

- 1 -

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:** March 2, 2013

    **B.     Date Complaint Was Served on U.S. Attorney's Office:** March 4, 2013

    **C.     Date Answer and Administrative Record Were Filed:** May 10, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

*[The plaintiff's opening brief should be due no later than 30-40 days from the filing of this Joint Case Management Plan; the response brief due 30 days thereafter; and the reply brief (if any) due 15 days thereafter.]*

    **A.     Plaintiff's Opening Brief Due:** July 9, 2013

    **B.     Defendant's Response Brief Due:** August 8, 2013

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**  August 23, 2013

**9.**    **STATEMENTS REGARDING ORAL ARGUMENT**

*[The parties should state whether they request oral argument. If oral argument is requested, the requesting party(ies) should explain the need for oral argument. Even if oral argument is requested by one or both parties, it will be the decision*
*of the Judge to whom the case is randomly drawn to determine whether there is a need for such argument.]*

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    ***Indicate below the parties' consent choice***.

    **A.**    **(  )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 3rd day of June, 2013.

                                                                    BY THE COURT:

                                                                    *s/John L. Kane*
                                                                    U.S. DISTRICT COURT JUDGE

APPROVED:

                                                      John F. Walsh
                                                      United States Attorney

| /s/ Christa McGill | By: /s/ Noah M. Schabacker |
|---|---|
| Christa A. McGill | Special Assistant U.S. Attorney |
| 3518 Westgate Drive, Suite 425 | 1001 17th Street |
| Durham, NC 27707 | Denver, CO 80202 |
| 919-493-8876 | 303-844-6232 |
| 919-419-7149 | 303-844-0770 (facsimile) |
| cmcgill@mcgillandnoble.net | noah.schabacker@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |