IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00551-AP

RACHEL GERMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the ORDER OF REMAND entered by the Honorable Judge John L. Kane, on September 10, 2013, it is hereby

ORDERED that this civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Plaintiff may have his costs upon the filing of a Bill of Costs within fourteen days of entry of final judgment

DATED at Denver, Colorado this 10th day of September, 2013.

                FOR THE COURT,
                JEFFREY P. COLWELL, Clerk

                By: s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk