IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-551-AP**

**RACHEL GERMAN,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

---

**ORDER GRANTING MOTION TO ALTER OR AMEND AND
VACATING SEPTEMBER 10, 2013 ORDER REMANDING CASE**

---

Kane, J.

This Social Security appeal is before me on Plaintiff Rachel German's Motion to Alter or Amend Judgment (Doc. 17). In reviewing the file and the parties' submissions on Plaintiff's Motion, I agree my September 10, 2013 Order remanding the case was entered improvidently and that this case should be REOPENED for further proceedings. The September 10, 2013 Order is therefore RESCINDED and the Judgment entered on that Order (Doc. 16) is VACATED.   It is

FURTHER ORDERED that the government's Motion to Remand (Doc. 14) is DENIED.  This matter shall proceed to full briefing on Plaintiff's appeal.  Counsel for the parties SHALL CONFER on a modification of the operative JCMP to provide dates certain for the filing of the government's Response and Plaintiff's Reply.

Dated October 31, 2013.         *s/John L. Kane*
                                                                     SENIOR U.S. DISTRICT JUDGE