IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00551-AP

Rachel German,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security
    Defendant.

---

**AMENDED JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Christa A. McGill
McGill & Noble, LLP
3518 Westgate Drive, Suite 425
Durham, NC 27707
919-493-8876
919-419-7149 (facsimile)
cmcgill@mcgillandnoble.net

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Noah M. Schabacker
Special Assistant United States Attorney

David I. Blower
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- **A.** **Date Complaint Was Filed**: 3/2/13

- **B.** **Date Complaint Was Served on U.S. Attorney's Office**: 3/4/13

- **C.** **Date Answer and Administrative Record Were Filed**: 5/10/13

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

- **A.** **Plaintiff's Opening Brief Was Filed:** 8/8/13

- **B.** **Defendant's Response Brief Due**: 12/2/13

- **C.** **Plaintiff's Reply Brief (If Any) Due**: 12/17/13

**9. STATEMENTS REGARDING ORAL ARGUMENT**

  **A.**  **Plaintiff's Statement:** Plaintiff does not request oral argument.

  **B.**  **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

  **A.**  **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  **B.**  **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this 4th day of November, 2013.

                BY THE COURT:

                *s/John L. Kane*
                U.S. DISTRICT COURT JUDGE

APPROVED:

                    John F. Walsh
                    United States Attorney

s/ Christa McGill
3518 Westgate Drive, Suite 425
Durham, NC 27707
919-493-8876
919-419-7149 (facsimile)
cmcgill@mcgillandnoble.net

**By:** s/ *David I. Blower*
Special Assistant U.S. Attorney
1001 17th Street
Denver, CO 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

Attorneys for Defendant

Attorneys for Plaintiff